EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2001

at __ o'clock and __ min __ M
WALTER Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01 00496 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1542] |
| ANTHONY DURRELL KIRKSEY, | ) | |
| Defendant. | ) | |

INDICTMENT

On or about November 9, 2000, within the District of Hawaii, the defendant, ANTHONY DURRELL KIRKSEY, willfully and knowingly made a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he stated in his passport application that his name was "Michael Paul Kirksey,"

that his date of birth was April 28, 1975, in fact as the defendant well knew his name is Anthony Durrell Kirksey and his date of birth is April 15, 1970.

All in violation of Title 18, United States Code, Section 1542.

DATED: __12/19/01__, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. ANTHONY DURRELL KIRKSEY
Cr. No. _____
"Indictment"