# United States District Court
## District of Hawaii

MAY 2 6 2004

at 2 o'clock and 45 min P.M.
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ANTHONY DURRELL KIRKSEY**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  1:01CR00496-001<br>USM Number:  20914-112<br>William Domingo, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) Standard Condition Nos. 2 and 3; Standard Condition Nos. 1 and 6; Standard Condition No. 11; Standard Condition No. 3 and Special Condition No. 2 of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **0551**

Defendant's Residence Address:
**Ala Ilima Street**

Defendant's Mailing Address:
**Ala Ilima Street**

May 12, 2004
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

May 26, 2004
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:      1:01CR00496-001
DEFENDANT:        ANTHONY DURRELL KIRKSEY

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to report to the probation office and failure to submit timely monthly supervision reports | 9/18/2003 and 10/21/2003; 8/2003-3/2004 |
| 2 | Failure to notify the probation office at least 10 days prior to a change in residence and employment | |
| 3 | Failure to report arrest within 72 hours by the Police Department of Maui County, Hawaii, for Fraudulent Use of Credit Card | |
| 4 | Failure to complete community services as instructed by Probation Office | |

Case 1:01-cr-00496-DAE-DAE    Document 36    Filed 05/26/2004    Page 2 of 3

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

CASE NUMBER:     1:01CR00496-001  
DEFENDANT:       ANTHONY DURRELL KIRKSEY

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal